FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2019
CENTRAL DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. _19-2497M_ |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| _Xavius Vernell Shepherd,_ ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _So.tl. Dist of Cal_ involving alleged violations of conditions of probation/supervised release:

1.   The court finds that no condition or combination of conditions will reasonably assure:

    A.   ( ✓ ) the appearance of defendant as required; and/or

    B.   ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_See PSA report_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _Criminal history_
_No-bail request by District Judge_
_in San Diego_
_Allegations in petition_

IT IS ORDERED that defendant be detained.

DATED: _June 14, 2019_

_/s/ Frederick F. Mumm_
Frederick F. Mumm
United States Magistrate Judge

2